[No. 1343-1.  Division One—Panel 1.  February 26, 1973.]

HARSH INVESTMENT CORP., *Appellant,* v. MARTIN ANDERSON *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 699439, Frank H. Roberts, Jr., J., entered February 10, 1970. *Affirmed* by unpublished opinion. per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 588-3.  Division Three.  February 27, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN ALLEN YATES, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3410, Felix Rea, J., entered March 10, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 579-3.  Division Three.  February 27, 1973.]

ROSS MCCORMICK *et al., Respondents,* v. MICHAEL NEGRETTI *et al., Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 200593, George T. Shields, J., entered November 11, 1971. *Affirmed* by unpublished opinion per Munson. J., concurred in by Green, C.J., and McInturff, J.

[No. 722-2.  Division Two.  March 1, 1973.]

GENE G. NEVA, *Respondent,* v. CHARLES HOFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 16858, Robert A. Hannan, J., entered December 3, 1971. *Affirmed as modified* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Armstrong, JJ.